# AFFIDAVIT OF CHARLES A. HOBBIE
## Pursuant to 28 U.S.C. § 1746

, Charles A. Hobbie, hereby state the following:

1. I am the Deputy General Counsel of the American Federation of Government Employees, AFL-CIO (AFGE). In my capacity as Deputy General Counsel, I am familiar with the organization of AFGE, including the numbers of locals in each of AFGE's geographic districts, as well as with the election records of the District 14 caucus election, which took place on May 21, 2005.

2. Approximately 67 AFGE locals are located in AFGE's District 14.

3. According to the election records of the District 14 caucus election which took place on May 21, 2005, 39 locals participated in the election.

4. As AFGE's Deputy General Counsel, I have engaged in discussions with the U.S. Department of Labor's staff concerning various alleged violations of the Act in the conduct of the AFGE District 14 caucus election. After the November 14, 2005 letter from the Department of Labor which prompted the discussions, there was no formal, written clarification by the Department of Labor as to which of the eight locals identified by number in the discussions might be part of the allegations of a complaint.

I declare under penalty of perjury that the foregoing is true and correct.

February 24, 2006        _Charles A. Hobbie_

215858

**Attachment 1**

{00215858.DOC}