**U.S. Department of Labor**   Employment Standards Administration
Office of Labor-Management Standards
Washington District Office
800 North Capitol Street, NW, Suite 120
Washington, DC 20002
(202) 513-7300 / FAX: (202) 513-7301



November 14, 2005

John Gage, National President
Government Employees
National Headquarters
80 F Street, N.W.
Washington, D.C. 20001

Dear President Gage:

Pursuant to the authority of Section 601 of the Labor-Management Reporting and Disclosure Act of 1959, as amended (LMRDA), and the receipt of a complaint, this office has initiated an investigation into the caucus election of officers conducted by the AFGE District 14 on May 21, 2005. The purpose of this letter is to advise you of the following investigative findings:

1. Local Union 1000 failed to notify the membership of and properly elect its full allotment of delegates in violation of Section 401(f) of the LMRDA.

2. Local Union 2607 failed to properly notify its membership of the officer election and therefore improperly elected officers in violation of Section 401(e) of the LMRDA.

3. Local Union 2741 failed to properly elect delegates in accordance with the local's approved constitution and bylaws in violation of Section 401(f) of the LMRDA.

4. Local Union 2978 failed to properly elect delegates in accordance with the local's approved constitution and bylaws in violation of Section 401(f) of the LMRDA.

5. Local Union 3721 failed to notify the membership of and properly elect its full allotment of delegates in violation of Section 401(b) of the LMRDA.

6. Local Unions 383, 1975, 2741, 3978, and 3721 failed to properly notify its membership regarding nominations in violation of Section 401(e) of the LMRDA.

Any additional evidence bearing on these investigative findings, or any information concerning action contemplated by your organization to remedy or otherwise address these findings should

**Attachment 2**

be provided to this office on or before November 28, 2005. A final determination based on the investigation and any information that you submit will be made in the near future.

Sincerely,

*[signature: Stephen J. Willertz]*

Stephen J. Willertz
District Director

cc: Chuck Hobbie