IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO,<br>  Secretary of Labor,<br><br>       Plaintiff,<br><br>    v.<br><br>AMERICAN FEDERATION OF<br> GOVERNMENT EMPLOYEES,<br>AFL-CIO,<br><br>       Defendant. | Civil Action No. 06-0201 (JDB) |

**ORDER**

Having considered Defendant's motion for a more definite statement pursuant to Rule 12 (e) of the Federal Rules of Civil Procedure, as well as Plaintiff's response to the motion, the Court hereby orders the Plaintiff to file an amended complaint which states, by local number, which locals are alleged to have committed the violations that are alleged in the complaint.

_____                                              _____
Date                                                              U.S. District Court Judge


Copies to:        Peter D. Keisler
                  Assistant Attorney General
                  Kenneth L. Wainstein
                  United State Attorney
                  Laurie Weinstein
                  Assistant U.S. Attorney
                  Civil Division

Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20530


Howard M. Radzely
Solicitor of Labor
Frederick Bowen
Attorney
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210