UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>    Secretary of Labor<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,<br>AFL-CIO<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0201 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

     Plaintiff, Elaine Chao, Secretary of the United States Department of Labor, hereby moves for an enlargement of time under Fed. R. Civ. P. Rule 6 until March 28, 2006, to file her response to defendant's Motion for A More Definite Statement.  According to plaintiff's calculation, a response would ordinarily be due March 10, 2006.   Unfortunately, the undersigned responsible for this matter has been out of the office since February 22, 2006, returning just on March 9, 2006, because her mother had suffered a heart attack and has been hospitalized since that time.  Therefore, the undersigned has been unable to consult with the agency representatives and prepare a response to defendant's motion.

     The enlargement sought is twelve business days, until March 28 , 2006, which is necessary because of the need to consult with agency representatives and because the undersigned will again be out of town for several days when her mother is discharged from the hospital.  There should  be no prejudice to any party by this enlargement.  Counsel for defendant has been consulted and has graciously consented to this motion.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests that this Court grant its motion for enlargement of time and permit it to answer or otherwise respond to defendant's Motion for a More Definite Statement on or before March 28, 2006.

A proposed Order granting the requested relief accompanies this motion.

                                            Respectfully submitted

                                            _____/s/_____
                                            KENNETH L. WAINSTEIN, DC. Bar#451058
                                            United States Attorney


                                            _____/s/_____
                                            R. CRAIG LAWRENCE, D.C. Bar #171538
                                            Assistant United States Attorney


                                            _____/s/_____
                                            LAURIE WEINSTEIN, D.C. Bar# 389511
                                            Assistant United States Attorney
                                            Judiciary Center Bldg.  Room E4820