UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>   Secretary of Labor<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,<br>AFL-CIO<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0201 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S CONSENT MOTION FOR LEAVE TO RESPOND TO
DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

Plaintiff, Elaine Chao, Secretary of the United States Department of Labor, hereby moves for an enlargement of time under Fed. R. Civ. P. Rule 6(b)(2) until April 21, 2006, to file her response to defendant's Motion for A More Definite Statement. This request is necessitated because after the illness of her mother, who is still hospitalized, the undersigned's sister-in-law died, leaving four children. In order to support her family, the undersigned was out of the office for a significant period of time, during which the already set deadline for responding to the motion for a more definite time expired. To compound this, the office's electronic mail system was recently "upgraded" and the undersigned was unable to receive mail from the Court. This interfered with the back-up calendaring done by a paralegal because the new order was not automatically forwarded as anticipated.

There should be no prejudice to any party by this enlargement. Counsel for the American Federation of Government Employees has been consulted and has graciously consented to this motion.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests that this Court grant its motion for leave to file an answer or other response to defendant's Motion for a More Definite Statement on or before April 21, 2006.

A proposed Order granting the requested relief accompanies this motion.

                              Respectfully submitted

                              _____/s/_____
                              KENNETH L. WAINSTEIN, DC. Bar#451058
                              United States Attorney

                              _____/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar #434122
                              Assistant United States Attorney

                              _____/s/_____
                              LAURIE WEINSTEIN, D.C. Bar# 389511
                              Assistant United States Attorney
                              Judiciary Center Bldg.  Room E4820
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 514-7133