UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>   Secretary of Labor<br><br>       Plaintiffs,<br><br>v.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES,<br>AFL-CIO<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0201 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of Plaintiff's Consent Motion for Leave to Respond to Defendant's Motion for a More Definite Statement, the lack of opposition thereto, and the entire record in this case, it is hereby

ORDERED that plaintiff may file its response to Defendant's Motion for a More Definite Statement by April 21, 2006.

Dated:

                                                                                       _____
                                                                                       UNITED STATES DISTRICT COURT