IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELAINE L. CHAO,
  Secretary of Labor,
  United States Department of Labor,
  200 Constitution Avenue, N.W.
  Washington, D.C. 20210,
                    Plaintiff,

v.                                              Civil Action No. 06-0201 (JDB)

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES,
80 F Street, N.W.
Washington, D.C. 20001,

                    Defendant.

**AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff Elaine L. Chao, Secretary of Labor, alleges as follows:

NATURE OF THE ACTION

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-84 (the "Act"), for a judgment declaring that the May 21, 2005 election of union officers conducted by the American Federation of Government Employees (Defendant) for the office of District 14 Vice President is void, and directing Defendant to conduct a new election for the office of District 14 Vice President under Plaintiff's supervision, and for other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 482(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1345.

3. Venue lies in this district pursuant to 29 U.S.C. § 482(b) and 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff, Elaine L. Chao, is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action under section 402(b) of Title IV of the Act, 29 U.S.C. § 482(b).

5. Defendant is, and at all times relevant to this action has been, an unincorporated association maintaining its principal office at 80 F Street, N.W., City of Washington, District of Columbia.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a national labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(a) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(a)).

7. Defendant purporting to act pursuant to its Constitution and Bylaws, conducted an election of office for District 14 Vice President on May 21, 2005, and this election was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-484).

8. By letter dated May 25, 2005 and supplemental letter dated May 26, 2005, to the Defendant's Election Committee, the complainant, Russ Binion, a member in good standing of the Defendant, protested the May 21, 2005 election.

9. By letter dated July 10, 2005, to the complainant, the Defendant's Election Committee denied the protest.

10. By letter dated July 19, 2005, the complainant appealed the decision of the Defendant's Election Committee to the Defendant's President.

11. By letter dated August 19, 2005, to the complainant, the Defendant's President denied the appeal.

12. Having exhausted the remedies available and having received a final decision, the complainant filed a timely complaint with the Secretary of Labor on September 9, 2005, within the one calendar month required by section 402(a)(1) of the Act, 29 U.S.C. § 482(a)(1).

13. In a series of letters, the Defendant agreed that the time within which the Plaintiff may bring suit with respect to the Defendant's aforesaid election is extended to February 3, 2006.

14. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), the Plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that: (1) violations of Title IV of the Act (29 U.S.C. §§ 481-484) had occurred in the conduct of the Defendant's May 21, 2005 election; and (2) that such violations had not been remedied at the time of the institution of this action.

## CAUSE OF ACTION

**Violations of the Labor-Management Reporting and Disclosure Act, Section 401 (29 U.S.C. § 481)**

15. Section 401(c) of the Act, 29 U.S.C. § 481(c), was violated in the conduct of the Defendant's May 21, 2005 election because Defendant failed to provide adequate

3

safeguards to insure a fair election when a member local, AFGE Local 1000, failed to provide its members with a ballot correctly designating the number of delegates the local members were entitled to elect to the caucus where the delegates would elect the District 14 Vice President.

16. Section 401(e) of the Act, 29 U.S.C. § 481(e), was violated in the conduct of the Defendant's May 21, 2005 election in that:

(a) two member locals, AFGE Locals 2741 and 2978, failed to elect their caucus delegates according to their standing constitution and bylaws; and

(b) a member local, AFGE Local 3721, denied its members the right to vote for delegates to the caucus where the delegates would elect the District 14 Vice President.

17. The violations of sections 401(c) and 401(e) of the Act (29 U.S.C. §§ 481(c) and 481(e)) may have affected the outcome of the Defendant's election for the office of District 14 Vice President.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment:

(1) Declaring the Defendant's election for the office of District 14 Vice President void;

(2) Directing the Defendant to conduct a new election for the office of District 14 Vice President, including the election of delegates in all District 14 locals, under the supervision of the Plaintiff;

(3) For the costs of this action; and

(4) For such other relief as may be appropriate.

                                         Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         KENNETH L. WAINSTEIN
                                         United States Attorney
                                         DC Bar No. #451058

                                         By: _____
                                         LAURIE WEINSTEIN,
                                         D.C. BAR# 389511
                                         Assistant U.S. Attorney
                                         Civil Division
                                         Judiciary Center Building
                                         555 Fourth Street, N.W.
                                         Washington, DC 20530
                                         (202) 544-7133

OF COUNSEL:

HOWARD M. RADZELY
Solicitor of Labor

KATHERINE E. BISSELL
Associate Solicitor

ALEXANDRA TSIROS
Counsel for Legal Advice

CATHERINE OLIVER MURPHY
Regional Solicitor

FREDERICK BOWEN
Attorney

U.S. Department of Labor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

CHARLES ARTHUR HOBBIE
American Federation of Government Employees
80 F Street, NW
Washington, DC 20001-1528

on this 20th day of April, 2006.

_Laurie Weinstein_
LAURIE WEINSTEIN, D.C. BAR# 389511
Assistant U.S. Attorney
Civil Division
Judiciary Center Building
555 Fourth Street, N.W.
Washington, DC 20530
(202) 544-7133