IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>  Secretary of Labor,<br><br>         Plaintiff,<br><br>       v.<br><br>AMERICAN FEDERATION OF<br> GOVERNMENT EMPLOYEES,<br>AFL-CIO,<br><br>         Defendant. | Civil Action No. 06-0201 (JDB) |

## ANSWER OF DEFENDANT
## AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
## TO AMENDED COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

The "unclean hands" of the former (then incumbent) National Vice President, whose election complaint to plaintiff resulted in the instant Amended Complaint, as manifested by his failure to take corrective action with respect to the allegations of improprieties set forth in ¶16(a) of the Amended Complaint despite having been informed of the alleged improprieties prior to the subject election and despite having the constitutional responsibility to effect corrective action, justifies this Court's refusal to grant the remedy of a rerun election where, as here, the incumbent with "unclean hands" lost the election.

**SECOND AFFIRMATIVE DEFENSE**

Defendant answers the separately numbered paragraphs of allegations in the amended complaint as follows:

1. In this paragraph plaintiff sets forth conclusions of law to which no answer is required. To the extent an answer may be deemed to be required, defendant admits the allegations of this paragraph, but denies that any relief is appropriate.

2. In this paragraph plaintiff sets forth conclusions of law to which no answer is required. To the extent an answer may be deemed to be required, defendant admits the allegations of this paragraph.

3. In this paragraph plaintiff sets forth conclusions of law to which no answer is required. To the extent an answer may be deemed to be required, defendant admits the allegations of this paragraph.

4. Defendant admits the allegations of this paragraph.

5. Defendant admits the allegations of this paragraph.

6. Defendant admits the allegations of this paragraph.

7. Defendant admits the allegations of this paragraph.

8. Defendant admits the allegations of this paragraph.

9. Defendant admits the allegations of this paragraph.

10. Defendant admits the allegations of this paragraph.

11. Defendant admits the allegations of this paragraph.

12. Defendant admits the allegations of this paragraph.

13. Defendant admits the allegations of this paragraph.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations herein. To the extent an answer is required, defendant denies the allegations of this paragraph.

15. Defendant denies the allegations of this paragraph.

16. Defendant denies the allegations of this paragraph, except that defendant admits that delegates from AFGE Locals 2741 and 2978 were improperly permitted to cast 308 votes and 145 votes, respectively, in the election.

17. Defendant denies the allegations of this paragraph.

The remainder of plaintiff's amended complaint sets forth a prayer for relief to which no answer is required.

Defendant specifically denies that the May 21, 2005, election of officers violated Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-84 and that plaintiff is entitled to any relief.

Defendant further denies all allegations of plaintiff's amended complaint not expressly admitted in this answer.

Dated: April 28, 2006

Respectfully submitted,

/s/ Charles A. Hobbie
Charles A. Hobbie
D.C. Bar No. 283499
Deputy General Counsel


/s/ Mark D. Roth
Mark D. Roth
D.C. Bar No. 235473
General Counsel

American Federation of Government
   Employees, AFL-CIO
80 F Street, N.W.
Washington, D.C. 20001
(202) 639-6424
(202) 639-6420

Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Answer of Defendant American Federation of Government Employees, AFL-CIO to the Amended Complaint were sent this 28th day of April, 2006 by first-class mail, postage prepaid to the following parties:

        Peter D. Keisler
        Assistant Attorney General
        Kenneth L. Wainstein
        United States Attorney
        Laurie Weinstein
        Assistant U.S. Attorney
        Civil Division
        Judiciary Center Building
        555 Fourth Street, N.W.
        Washington, D.C.  20530


        Howard M. Radzely
        Solicitor of Labor
        Frederick Bowen, Attorney
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Washington, D.C.  20210


        /s/ Lauri Smith_____
        Lauri Smith
        Administrative Secretary
        American Federation of Government
          Employees, AFL-CIO
        80 F Street, NW
        Washington, DC 20001
        (202) 639-6426

218378