UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Dep't of Labor,<br><br>      Plaintiff,<br><br>    v.<br><br>AMERICAN FED'N OF GOV'T EMPLOYEES,<br><br>      Defendant. | Civil Action No. 06-201 (JDB) |

### SCHEDULING AND MEDIATION REFERRAL ORDER

Pursuant to the Initial Scheduling Conference with the Court on June 30, 2006, and upon consideration of the entire record herein, it is hereby **ORDERED** as follows:

1. This case is **REFERRED** to **MEDIATION** for a period of sixty (60) days, to commence on September 1, 2006 and to conclude on November 1, 2006. In accordance with Local Civ. R. 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions.

2. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive's Office, which shall designate a mediator and arrange for mediation to commence on September 1, 2006. The Court suggests that the Circuit Executive choose a mediator with experience in the subject matter

of this case (labor elections).

3. The parties shall promptly notify the Court if the case settles in whole or in part.

4. All discovery shall be completed by not later than November 30, 2006.

5. Dispositive motions are due by not later than January 17, 2007, with oppositions due by not later than January 30, 2007, and replies due by not later than February 7, 2007.

6. The parties shall appear for a status conference on December 1, 2006 at 9:00 a.m.

7. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/   John D. Bates
John D. Bates
United States District Judge

Dated:   June 30, 2006

*Copies to*:
Laurie J. Weinstein
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
E4820
Washington, DC 20530
(202) 514-7133
Fax: (202) 514-8780
Email: Laurie.Weinstein2@usdoj.gov
    *Counsel for plaintiff*

Charles Arthur Hobbie
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,
80 F Street, NW
Washington, DC 20001-1528

2

(202) 639-6424
Fax: (202) 639-6441
Email: hobbic@afge.org
    *Counsel for defendant*