IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-201 (JDB) |
| American Federation of Government Employees, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF THE TIMES FOR COMPLETION OF DISCOVERY, FILING OF DISPOSITIVE MOTIONS, FILING OF RESPONSES TO DISPOSITIVE MOTIONS, AND FILING OF REPLIES TO OPPOSITIONS TO DISPOSITIVE MOTIONS, AND FOR A POSTPONEMENT OF STATUS CONFERENCE**

Defendant American Federation of Government Employees (AFGE), through its counsel, hereby moves this Honorable Court, pursuant to LCvR 7 and LCvR 16.1, for enlargement of the times for the completion of discovery, the filing of dispositive motions, the filing of responses to dispositive motions, and the filing of replies to oppositions to dispositive motions, and for a postponement of the status conference. In support of this consent motion counsel for defendant states as follows:

1. By its Order dated June 30, 2006, this Court set the following schedule:

"All discovery shall be completed by not later than November 30, 2006…. Dispositive motions are due by not later than January 17, 2007, with oppositions due by not later than January 30,

2007, and replies due by not later than February 7, 2007…. The parties shall appear for a status conference on December 1, 2006 at 9:00 a.m.….."

2. Mediation concluded at the end of the second mediation meeting in October.

3. The primary counsel for defendant learned in September that he was to be scheduled for major surgery on October 7, 2006, and anticipated that the period of recovery from surgery would be only three weeks, permitting discovery to take place either as scheduled prior to November 30, 2006, or with a short extension of time. Counsel's recovery, however, has taken much longer than anticipated due to medical complications, he has not been able to undertake discovery, and he has only recently returned to work part time. He expects to return to work full time o/a December 6, 2006.

4. Defendant's primary counsel is AFGE's Deputy General Counsel and is the only AFGE attorney who is familiar enough with the election laws at issue in the case at bar to handle representation for AFGE.

5. Counsel has thoroughly discussed the circumstances of his surgery and recovery, and the necessity for additional time, with counsel for the plaintiff, who both consent to this motion and the proposed new schedule.

6. For the foregoing reasons, as well as in view of the interposition of the holiday season (during one week of which counsel's office will be closed between Christmas and New Year's Day), counsel respectfully requests an enlargement of time for the completion of discovery until February 28, 2007; for the filing of dispositive motions until March 30, 2007, for the filing of responses to dispositive motions until April 27, 2007; for the filing of replies to the oppositions

until May 11, 2007, and a postponement of the status conference until March 1, 2007. A proposed order accompanies this motion.

WHEREFORE, for the reasons stated above, counsel respectfully moves for the requested enlargements of time and postponement of status conference.

Respectfully submitted,

/s/   Charles A. Hobbie
Charles A. Hobbie
D.C. Bar No. 283499
Deputy General Counsel

/s/  Mark D. Roth
Mark D. Roth
D.C. Bar No. 235473
General Counsel

American Federation of Government Employees
80 F Street, N.W.
Washington, D.C. 20001
(202) 639-6424 or 6420

Counsel for Defendant