## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF THE TIMES FOR COMPLETION OF DISCOVERY, FILING OF DISPOSITIVE MOTIONS, FILING OF RESPONSES TO DISPOSITIVE MOTIONS, AND FILING OF REPLIES TO OPPOSITIONS TO DISPOSITIVE MOTIONS, AND FOR A POSTPONEMENT OF STATUS CONFERENCE with accompanying Proposed Order were sent this 22nd day of November, 2006, by first class mail, postage prepaid, to the following parties:

Peter D. Keisler
Assistant Attorney General
Kenneth L. Wainstein
United States Attorney
Laurie Weinstein
Assistant U.S. Attorney
Civil Division
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Howard M. Radzely
Solicitor of Labor
Frederick Bowen, Attorney
U. S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

/s/ Rita R. Kirschner
Rita R. Kirschner
Administrative Assistant
American Federation of Government
    Employees, AFL-CIO
80 F Street, N.W.
Washington, D.C. 20001
(202) 639-6415