IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
Elaine L. Chao, Secretary of Labor, )
United States Department of Labor, )
)
    Plaintiff, )
)
       v. )   Civil Action No. 06-201 (JDB)
)
American Federation of Government )
    Employees, )
)
    Defendant. )
_____)

**ORDER**

_____

Having considered the defendant's Consent Motion for an Enlargement of the Times for Completion of Discovery, Filing of Dispositive Motions, Filing of Responses to Dispositive Motions, and Filing of Replies to Oppositions to Dispositive Motions, and for a Postponement of Status Conference, and finding good cause for defendant's motion, it is hereby **ORDERED** that defendant's motion is **GRANTED**. It is further **ORDERED** that:

    1. Discovery shall be completed by February 28, 2007;

    2. All dispositive motions shall be filed by March 30, 2007;

    3. All oppositions to dispositive motions shall be filed by April 27, 2007;

4. All replies to oppositions to dispositive motions shall be filed by May 11, 2007; and

5. The parties shall appear for a status conference on March 1, 2007, at 9:00 a.m.

_____
John D. Bates
United States District Judge

Dated: _____

*Copies to:*

Laurie J. Weinstein
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, N.W.
E4820
Washington, D.C. 20530
(202) 514-7133
Fax: (202) 514-8780
Email: Laurie.Weinstein@usdoj.gov
    Counsel for plaintiff

Charles Arthur Hobbie
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street, N.W.
Washington, D.C. 20001-1528
(202) 639-6424
Fax: (202) 639-6441
Email: hobbic@afge.org
    Counsel for defendant