**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO**

| John Gage | J. David Cox, Sr. | Andrea E. Brooks |
|---|---|---|
| National President | National Secretary-Treasurer | National Vice President for Women and Fair Practices |

7s/227619

December 19, 2006

Office of the Clerk
U.S. District Court of the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

        Re: Chao v. American Federation of Government Employees
            Case # 1:06-cv-00201-JDB

Dear Sir/Madame:

    Please be advised, concerning the above-referenced case, that the offices of the American Federation of Government Employees will be closed beginning December 23, 2006, through and including January 1, 2007. They will reopen on Tuesday, January 2, 2007.

    If it is necessary to reach me during this period, please either email me (hobbic@afge.org) or call the Office of the General Counsel at the number below, and your call will be forwarded appropriately:

            (202) 639-6420

    Thank you.

                                 Sincerely,

                                 Charles A. Hobbie
                                 Deputy General Counsel

cc:   Laurie J. Weinstein, Esq.
       Frederick Bowen, Esq.
       Mark D. Roth