IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO<br>Secretary of Labor<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES, AFL-CIO<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0201 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF SETTLEMENT

It is hereby stipulated and agreed by the parties through their respective counsel as follows:

1. This action was brought by the plaintiff, Secretary of Labor, pursuant to Title IV of the Labor-Management Reporting and Disclosure Act [29 U.S.C. §401, et seq.], hereinafter referred to as the Act, for the purpose of setting aside the election of the Vice President of District 14 of defendant American Federation of Government Employees ("AFGE") which election was concluded on May 21, 2005, and requesting a new election for that position under the supervision of the plaintiff.

2. The parties, in settlement of this action without the necessity of a trial hereby stipulate and agree that defendant shall conduct the next regularly scheduled election for the office of District 14 Vice President, including new nominations, by May 31, 2008, under the supervision of the plaintiff.

3. The supervised election shall be conducted in accordance with Title IV of the Act [29 U.S.C. §481, et seq.] and, insofar as lawful and practicable, in accordance with the AFGE Constitution.

4. All decisions as to the interpretation or application of Title IV of the Act, the AFGE Constitution relating to the supervised election are to be determined by the plaintiff, subject to challenge in this Court.

5. The Court shall retain jurisdiction of this action, and after completion of the supervised election plaintiff shall certify to the Court the name of the person so elected, and that such election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the AFGE Constitution. Upon approval of such certification, the Court shall enter a Judgment declaring that such person has been elected as shown by such certification, and further providing that each party shall bear its own costs, including attorney's fees.

Respectfully submitted,

_/s/ Charles A. Hobbie_
Charles A. Hobbie
D.C. Bar No. 283499
Deputy General Counsel

_/s/ Kenneth L. Wainstein_
Kenneth L. Wainstein
United States Attorney
Laurie Weinstein
Assistant U.S. Attorney
Civil Division
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

_/s/ Mark D. Roth_
Mark D. Roth
D.C. Bar No. 235473
General Counsel

American Federation of Government
    Employees, AFL-CIO
80 F Street, N.W.
Washington, D.C. 20001
(202) 639-6424
(202) 639-6420

Counsel for Defendant

Frederick Bowen, Attorney
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Attorneys for the Plaintiff