**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELAINE L. CHAO, | ) |
|    Secretary of Labor | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
|      v. | ) Civil Action No. 06-0201 (JDB) |
| | ) |
| AMERICAN FEDERATION OF | ) |
| GOVERNMENT EMPLOYEES, | ) |
| AFL-CIO | ) |
| | ) |
|        Defendants. | ) |
| | ) |

NOTICE OF FILING

Plaintiff hereby provides notice of the filing of the Certificate of Election and a proposed Order of Judgment in the above-captioned case.

Respectfully submitted

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/s/_____
LAURIE WEINSTEIN, D.C. Bar# 389511
Assistant United States Attorney
Judiciary Center Bldg.  Room E4820
555 4th Street, NW
Washington, DC 20530
(202) 514-7133