IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

=====================================

ELAINE L. CHAO,
    Secretary of Labor,

        Plaintiff,

      v.

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,

        Defendant.

Civil Action No. 06-021
Hon. John D. Bates
United States District Judge

=====================================

## <u>JUDGMENT</u>

It appearing to the Court, that pursuant to a Stipulation of Agreement filed in this

Court on September 24, 2007, the defendant, American Federation of Government

Employees, AFL-CIO, conducted an election for the office of the Vice President of

District 14 under the supervision of the plaintiff, and that the plaintiff has filed a

Certification of Election, certifying the name of the person who was elected in such

election, and further certifying that such election was conducted in accordance with the

provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959

(29 U.S.C. 481, <u>et</u> <u>seq</u>.), and in conformity with the Constitution of the defendant labor

organization, insofar as lawful and practicable, and the Court having considered said

Certification of Election and being fully advised, it is, upon the motion of the plaintiff,

hereby

ADJUDGED, ORDERED and DECREED that the person named in the Certification of Election which was filed as aforesaid by the plaintiff, is the duly elected officer of defendant, American Federation of Government Employees, and shall serve until the next regularly scheduled election in accordance with the Constitution of the defendant labor organization.

Each party shall bear its own costs and fees incurred by such party in connection with any stage of these proceedings.

**SO ORDERED.**

Dated: Oct. 22, 2008

John D. Bates
United States District Judge